UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JESUS DAVID PEREZ CHOURIO,

       Petitioner,

                                     CASE NO. 1:26-cv-2166

v.

                                     HON. ROBERT J. JONKER

KEVIN RAYCRAFT, et al.,

       Respondents.

_____/

## **<u>ORDER REGARDING SUPPLEMENTAL BRIEFING</u>**

Presently before the Court is Petitioner's habeas corpus petition challenging his detention in connection with his immigration proceedings (Pet., ECF No. 1). The government has filed a response in opposition (Opp., ECF No. 4). The parties indicate that Petitioner was previously paroled into the United States "pending a 240 hearing" (*see* DHS Records, ECF No. 4-2 at PageID.27), and the Respondents further represent that Petitioner's parole was terminated on April 18, 2025 (*see* I-94 Document, ECF No. 4-3 at PageID.29). Petitioner agrees parole was purportedly terminated as of April 18, 2025, but disagrees that the termination was proper. But the parties do not identify the date, if any, on which Petitioner's parole was originally set to expire absent that termination (*see generally* Pet., ECF No. 1; Opp., ECF No. 4). The government also states that "Petitioner's next hearing before the immigration court [was] scheduled for August 6, 2026" (Opp., ECF No. 4 at PageID.14). The parties have not updated the Court on the outcome of that hearing. Accordingly:

**IT IS ORDERED** that the government shall file a notice, not later than Monday, August 17, 2026, at 12:00 p.m., identifying: (1) the date, if any, upon which Petitioner's parole was set to

expire absent its April 18, 2025, termination; and (2) the outcome of Petitioner's immigration hearing on August 6, 2026.


Dated:  <u>August 11, 2026</u>                                    <u>  /s/ Robert J. Jonker        </u>
                                                                    ROBERT J. JONKER
                                                                    UNITED STATES DISTRICT JUDGE